Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Carl G. Clark

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL G. CLARK, | Case No.: 2:12-cv-09182 MRW |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    Pursuant to Federal Rule of Civil Procedure 41, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATE:                                    /s/ Judge Wilner

                                    _____
                                    THE HONORABLE MICHAEL R. WILNER
                                    UNITED STATES MAGISTRATE JUDGE

1

DATE: May 6, 2013                     Respectfully submitted,

2

LAW OFFICES OF LAWRENCE D. ROHLFING
                                                /s/ *Lawrence D. Rohlfing*

3

BY:_____
                                        Lawrence D. Rohlfing
                                        Attorney for plaintiff Carl G. Clark

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26