Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Carl G. Clark

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL G. CLARK,<br><br>          Plaintiff,<br><br>     vs.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 2:12-cv-09182 MRW<br><br>/~~PROPOSED~~/ ORDER OF DISMISSAL |

     Pursuant to Federal Rule of Civil Procedure 41, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

     IT IS SO ORDERED.
DATE:                                         /s/ Judge Wilner
                                        _____
                                        THE HONORABLE MICHAEL R. WILNER
                                        UNITED STATES MAGISTRATE JUDGE

1 DATE: May 6, 2013

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Lawrence D. Rohlfing*
_____
Lawrence D. Rohlfing
Attorney for plaintiff Carl G. Clark